## IN RE PATRICIA C. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 93 Conn. App. 25 (AC 25446), is denied.

*Shawn L. Council*, in support of the petition.

*Benjamin Zivyon*, assistant attorney general, in opposition.

Decided March 31, 2006

## STATE OF CONNECTICUT *v.* MADALENA SILVA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 93 Conn. App. 349 (AC 25517), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support the defendant's conviction on two counts of interfering with an officer in violation of General Statutes § 53a-167a?"

The Supreme Court docket number is SC 17638.

*Ronald G. Weller*, senior assistant state's attorney, in support of the petition.

*Norman A. Pattis*, in opposition.

Decided March 31, 2006